UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEN POLA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 3:11-cv-00692-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| THE VANGUARD GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#6[1]) entered on January 9, 2012, recommending denying Plaintiff's Application to Proceed *in Forma Pauperis* (#1) filed on September 26, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on January 9, 2012, should be adopted and accepted.

---

[1]Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6) entered on January 9, 2012, is adopted and accepted, and Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is **DENIED**.

IT IS FURTHER ORDERED that this action is **DISMISSED without prejudice**.

IT IS SO ORDERED.

DATED this 9th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE